# DIVIDENDS REMITTED TO THE COURT

*Receipt # 152459* Page: 1

Case Number 10-19641 - OZMUN, DONNA JEANNE

| Creditor | Claim No. | Amount Allowed | Amount Paid | |
|----------|-----------|----------------|-------------|---|
| **Chase Bank USA,N.A** <br> **c/o Creditors Bankruptcy Service** <br> **P O Box 740933** <br> **Dallas,Tx 75374** | 000007 | 212.73 | 4.96 | CK 108 |
| **Verizon Wireless** <br> **PO BOX 3397** <br> **Bloomington, IL 61702** <br> (10-1) 4826 | 000010 | 89.21 | 2.08 | CK 111 |
| ---------- Remittance Total -------------- | | 301.94 | 7.04 | |

TRUSTEE VIRGIL E. BROWN, JR., Trustee